IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CARLOS DEMETRIUS JUZANG,**
**# 234857**                                          :

    **Plaintiff,**                                 :

**vs.**                                               :    **CIVIL ACTION 21-00216-KD-B**

**LT. SMITH,** *et al.*,                              :

    **Defendants.**                               :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 17) is **ADOPTED** as the opinion of this Court.[1]

Accordingly, this action is **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 14th day of December 2022.

                                  s/ Kristi K. DuBose
                                  KRISTI K. DuBOSE
                                  UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a motion for extension of time wherein he states that he received the Report and Recommendation on November 8, 2022. Plaintiff has had over thirty (30) days to file an objection. To date, no objection has been filed. Accordingly, the motion for extension of time (doc. 24) is MOOT.