IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CARLOS DEMETRIUS JUZANG,** **# 234857** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 21-00216-KD-B** |
| **LT. SMITH,** *et al.*, : | |
| Defendants. : | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 14th day of December 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE